# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

James P. Stamatopoulos and Desi A. Stamatopoulos

Debtors

Chapter 13 No.    12-28931

Judge    Pamela S. Hollis

## NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on August 15, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

### Certificate of Service

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on August 15, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1143

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

James P. Stamatopoulos and Desi A. Stamatopoulos
265 Hickory Oaks Drive
Bolingbrook, IL 60490-5554

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Peter N. Metrou
Metrou & Associates, P.C.
123 W. Washington Street, Suite 216
Oswego, IL 60543